**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-02554-DDD-MDB

MARISA WADE;

Plaintiff,

v.

The DOUGLAS COUNTY SHERIFF'S OFFICE, a governmental entity;
The BOARD OF COUNTY COMMISSIONERS OF DOUGLAS COUNTY,
a governmental entity;
DARREN M. WEEKLY, in his official capacity as Douglas County Sheriff;
WELLPATH LLC;
JEFFREY TOBACK, in his individual capacity; and
EMILY STALLARD, LPN, in her individual capacity;

Defendants.

---

## STIPULATION OF DISMISSAL

---

Plaintiff Marisa Wade, Defendant Douglas County Sheriff's Office, The Board of County Commissioners of Douglas County, and Darren M. Weekly, in his official capacity as Douglas County Sheriff, hereby file this Stipulated Motion for Partial Dismissal, and as follows move this Court for entry of the attached Stipulated Motion for Partial Dismissal.

1.      The parties hereby stipulate to the dismissal of Defendant the Douglas County Sheriff's Office and to Defendant Darren M. Weekly, in his official capacity as Douglas County Sheriff.

2.      The parties expressly agree that Plaintiffs have effectively named Douglas County as a defendant in this lawsuit by naming the Board of County Commissioners of Douglas

County. *See* C.R.S. § 30-11-105 (providing that a county "shall" sue or be sued in the name of that county's board of county commissioners.").

3.    The parties agree that by naming the Board of County Commissioners of Douglas County, Plaintiff Wade has named an entity with the capacity to be sued for the conduct at issue in this lawsuit under 42 U.S.C. § 1983.

4.    Defendant Board of County Commissioners of Douglas County agrees to waive any argument or defense that claims brought against it in this lawsuit should have been brought against Douglas County Sheriff's Office or Sheriff Weekly instead.

5.    This stipulation is not intended to otherwise affect the claims against the remaining Defendants or any defenses they may have in this lawsuit. All parties will pay their own costs and fees.

WHEREFORE, for the reasons stated above, the parties pray that this Court issue an order dismissing Plaintiffs' claims against Defendant Board of County Commissioners of Douglas County, with prejudice, with each party to pay his or her own costs and fees.

Respectfully submitted this 27nd day of November 2023.


 _s/ Matthew J. Cron_____
Matthew Cron
Ciara M. Anderson
RATHOD | MOHAMEDBHAI LLC
2701 LAWRENCE ST. SUITE 100
DENVER, CO 80205
TELEPHONE: 303-578-4400
FAX: 303-578-4401
E-mail: mc@rmlawyers.com
ca@rmlawyers.com

**ATTORNEYS FOR PLAINTIFF**

 _s/ Andrew C. Steers_____
Andrew C. Steers
Senior Assistant County Attorney
Kelly Dunnaway
Deputy County Attorney
Douglas County
100 Third Street
Castle Rock, CO  80104
Telephone:  303-660-7414
FAX:   303-484-0399
E-mail:  kdunnawa@douglas.co.us
asteers@douglas.co.us

**ATTORNEYS FOR COUNTY DEFENDANTS**