**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-02554-DDD-MDB

MARISA WADE;

Plaintiff,

v.

The DOUGLAS COUNTY SHERIFF'S OFFICE, a governmental entity;
The BOARD OF COUNTY COMMISSIONERS OF DOUGLAS COUNTY, a governmental entity;
DARREN M. WEEKLY, in his official capacity as Douglas County Sheriff;
WELLPATH LLC;
JEFFREY TOBACK, in his individual capacity; and
EMILY BARRON, RN, in her individual capacity;

Defendants.

---

**NOTICE OF FILING OF AMENDED COMPLAINT AND JURY DEMAND**

---

Pursuant D.C.COLO.LCivR 15.1, Plaintiff hereby gives notice that she has filed an amended complaint with opposing counsels' written consent under Fed. R. Civ. P. 15(a)(2). *See* ECF No. 44. A redlined copy of the amended complaint is attached as an exhibit to this notice.

Respectfully submitted January 30, 2024.

                                                 RATHOD | MOHAMEDBHAI LLC

                                                 *s/ Ciara M. Anderson*
                                                 Ciara M. Anderson
                                                 Matthew Cron
                                                 2701 Lawrence Street, Suite 100
                                                 Denver, Colorado 80205
                                                 (303) 578-4400 (p)
                                                 ca@rmlawyers.com
                                                 mc@rmlawyers.com

                                                 *Attorneys for Plaintiff*