IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02554-DDD-MDB

MARISA WADE;

Plaintiff,

v.

The DOUGLAS COUNTY SHERIFF'S OFFICE, a governmental entity;
JEFFREY TOBACK, in his individual capacity;
WELLPATH LLC;
EMILY STALLARD, LPN, in her individual capacity; and
EMILY BARRON, RN, in her individual capacity;

Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL UNDER F.R.C.P. 41(a)(1)(A)(i) OF ALL CLAIMS AGAINST DEFENDANT EMILY STALLARD**

---

Plaintiff hereby files this Notice of Voluntary Dismissal Under F.R.C.P. 41(a)(1)(A)(i) of all claims for relief against **Defendant Emily Stallard, LPN**.[1]

Defendants Douglas County Sheriff's Office, Defendant Jeffrey Toback, Defendant Wellpath LLC, and Defendant Emily Barron, RN remain in this case as defendants per Plaintiff's Amended Complaint. [ECF # 44].

---

[1] Although Rule 41(a)(1)(A) refers to dismissal of an action, the Rule is widely construed, including in the Tenth Circuit to "permit[] the dismissal of fewer than all parties so long as all claims against a particular party are dismissed." *Kristina Consulting Group, LLC v. Debt Pay Gateway, Inc.,* No. 51-2022, 2022 WL 881575 at *2 n.4 (10th Cir. Mar. 25, 2022) (quoting *Piperliners Local Union No. 798 v. Ellerd*, 503 F.2d 1193, 1199 (10th Cir. 1974)). Here, Plaintiff voluntarily dismisses all claims for relief against Defendant Emily Stallard.

Respectfully submitted this 31st day of January 2024.

*s/ Ciara M. Anderson*
Ciara Anderson
Matthew Cron
RATHOD | MOHAMEDBHAI LLC
ca@rmlawyers.com
mc@rmlawyers.com

**ATTORNEYS FOR PLAINTIFF**
