IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 23–cv–02554–DDD–MDB

MARISA WADE,

    Plaintiff,

v.

DOUGLAS COUNTY SHERIFF'S OFFICE, THE, a governmental entity,
BOARD OF COUNTY COMMISSIONERS OF DOUGLAS COUNTY, THE, a governmental entity,
DAREN M. WEEKLY, in his official capacity as Douglas County Sheriff,
WELLPATH LLC,
JEFFREY TOBACK, in his individual capacity, and
EMILY STALLARD, LPN, in her individual capacity,

    Defendants.

---

## ORDER SETTING SETTLEMENT CONFERENCE PROCEEDINGS
---

    A Settlement Conference is hereby scheduled in this case for **May 7, 2024.** The conference will begin at **9:00 a.m.** and end no later than **5:00 p.m.** and will be conducted **IN PERSON** in Courtroom 101 of the United States District Court for the District of Colorado at Colorado Springs located at 212 N. Wahsatch Avenue, Colorado Springs, CO 80903.

Counsel and the parties should plan to remain at the settlement conference for the duration of the time allotted. Parties will not be permitted to leave for any reason, unless excused by Magistrate Judge Dominguez Braswell. Travel arrangements should be made accordingly. Please remember that anyone seeking entry into the United States Courthouse will be required to show a valid photo identification. *See* D.C.COLO.LCivR 83.2B.

    A Video Status Conference (in advance of the Settlement Conference) is set for **March 18, 2024 at 11:30 a.m.** (Participant instructions attached). Attendance is mandatory only for lead counsels and *pro se* parties.

Parties shall prepare Settlement Statements in accordance with Magistrate Judge Dominguez Braswell's Practice Standards[1] which shall be submitted to chambers (Braswell_Chambers@cod.uscourts.gov) on or before **March 13, 2024**.

Dated this 31st day of January, 2024.

**BY THE COURT:**

_____
Maritza Dominguez Braswell
United States Magistrate Judge

---

[1] This Order supersedes the instructions for submission of confidential settlement statements contained in Judge Dominguez Braswell's Practice Standards and/or any previously issued or standing order.