IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02554-DDD-MDB

MARISA WADE,

     Plaintiff,

v.

WELLPATH LLC;
EMILY BARRON, RN, in her individual capacity;

     Defendants.

---

**RENEWED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

---

COMES NOW, Brenda S. McClearn of Hall Booth Smith, P.C., attorney for Defendants Wellpath, LLC and Emily Barron, RN (hereinafter "Wellpath Defendants"), hereby requests this Court to allow withdrawal as counsel of record in this action. In support of this motion, the undersigned states as follows:

1.     Defendants Wellpath, LLC, retained Hall Booth Smith, P.C. to represent Wellpath Defendants in this action.

2.     Good cause exists for withdrawal. Wellpath, LLC is responsible for attorneys' fees and costs for withdrawing counsel's services rendered in defending it. Wellpath filed for Chapter 11 bankruptcy on November 11, 2024. That matter is pending in the Southern District of Texas, case number 24-90533. In the bankruptcy filings, it is noted that Hall Booth Smith, P.C., the withdrawing attorneys, was owed over $1.5 million dollars at the time of the bankruptcy.

3.      Further good cause exists as withdrawing attorneys have not been provided with reasonable confidence that current fees and costs incurred as of November 11, 2024, and on into the future will be paid in full or timely. Withdrawing attorneys are prohibited from stating further reasons equating to good cause by the attorney-client privilege.

4.      By filing this Motion, the undersigned certifies a copy of this motion was served on all of the counsel of record and Wellpath Defendants along with notice pursuant to D.C.COLR.LAttyR 5(b). *See* all Notices of Intent to Withdraw dated May 7, 2025, attached hereto collectively as **EXHIBIT 1**.

5.      Conferral is not required as this motion is brought pursuant to D.C.COLO.LAttyR 5(b). *See* D.C.COLO.LCivR.7(b)(4).

WHEREFORE, the undersigned respectfully requests that this Court enter an Order allowing Brenda S. McClearn of Hall Booth Smith, P.C. to withdraw as attorney of record for Defendants Wellpath, LLC and Emily Barron, RN.

Respectfully submitted this 21st day of May 2025.

*s/ Brenda S. McClearn*
Brenda S. McClearn
Hall Booth Smith, P.C.
5445 DTC Parkway, Suite 900
Greenwood Village, CO 80111
bmcclearn@hallboothsmith.com
***Attorneys for Defendants Wellpath, LLC and Emily Barron, RN***

<u>**CERTIFICATE OF SERVICE (CM/ECF)**</u>

Civil Action No. 1:23-cv-02554-DDD-MDB

      I HEREBY CERTIFY that on this 21st day of May 2025, I electronically filed the foregoing **RENEWED MOTION TO WITHDRAW AS COUNSEL OF RECORD** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Matthew Cron, Esq. | Andrew Carl Steers, Esq. |
| Ciara M. Anderson, Esq. | Douglas County Sheriff's Office |
| RATHOD | MOHAMEDBHAI LLC | 100 Third Street |
| 2701 Lawrence Street, Suite 100 | Castle Rock, CO 80104 |
| Denver, CO 80205 | asteers@douglas.co.us |
| Email: mc@rmlawyers.com; | |
|        ca@rmlawyers.com | |

***Attorneys for Plaintiff***

***(And) via U.S. Mail, first-class postage prepaid to:***

| | |
|---|---|
| Jack Severson | Emily Barron |
| Sr. Director, Claims Litigation | 273 Milton Street, #1133 |
| Corporate Legal Department | Palmer Lake, CO 80133 |
| Wellpath, LLC | |
| 3340 Perimeter Hill Drive | |
| Nashville, TN 37211 | |

                          *s/ Lorie Whalen*
                          Lorie Whalen